MERRILL *v.* SHEA.

*Circuit Court, N. D. Iowa.* January 24, 1887.

SHIRAS, J. This case is governed by the opinion in *Merrill* v. *Tobin, ante,* 738.